IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

                Plaintiff,                ORDER

  v.

                                                    12-cv-952-wmc

WARDEN SCHWOCHERT, BETH DITTMAN,
DR. JOHN DOE WILLIAMS, JOHN DOE NURSE,
and 2 NURSE JANE DOE,

                Defendants.

---

DERRICK L. SMITH,

                Plaintiff,                ORDER

  v.

                                                    12-cv-953-wmc

ROBERT (BOB) DICKMAN,

                Defendant.

---

DERRICK L. SMITH,

                Plaintiff,                ORDER

  v.

                                                    12-cv-954-wmc

ROBERT (BOB) DICKMAN,
1ST SHIFT JOHN & JANE DOE JAIL GUARDS,
2ND SHIFT JOHN & JANE DOE JAIL GUARDS
and JOHN & JANE DOE JAIL SUPERVISORS,

                Defendants.

---

Plaintiff Derrick Smith, a prisoner at the Dodge Correctional Institution in Waupun, Wisconsin has submitted three new proposed complaints under 42 U.S.C. § 1983. He asks for leave to proceed *in forma pauperis* in each action. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaints *in forma pauperis*, plaintiff will have to make an initial partial payment of the filing fee in each case. Plaintiff's initial partial payments cannot be calculated at this time because he has not submitted a trust fund account statement with his complaints.

Plaintiff's complaints were filed on December 26, 2012. His trust fund account statement should cover the six-month period beginning approximately June 26, 2012 and ending approximately December 26, 2012. Once plaintiff has submitted the necessary statement, I will calculate the initial partial payment in each of these three cases and advise him of the amounts he will have to pay before the court can screen the merits of his complaints under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Derrick Smith may have until January 29, 2013, in which to submit a trust fund account statement for the period beginning June 26, 2012 and ending December 26, 2012. If, by January 29, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw these actions voluntarily and, in that case, the clerk of court is directed to close these files without prejudice to plaintiff's filing his cases at a later date.

Entered this 7th day of January, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge