IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK SMITH,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                      12-cv-952-wmc

WARDEN SCHWOCHERT,
BETH DITTMAN, JOHN DOE WILLIAMS,
JOHN DOE and 2 NURSE JANE DOE,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Smith's request for leave to proceed and dismissing this case without prejudice for his failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997a(e).

| /s/ | 11/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |